JUDGE CEDARBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FILIA SHIPPING S.A.,

       Plaintiff,

  - against -

SINORICHES GLOBAL LIMITED,
SEA FORTUNE CO. LTD. and OCEANLINK
NAVIGATION CO. LTD.,

       Defendants.
------------------------------------------------------------X

07 CV 3034

07 CV _____
ECF CASE



RECEIVED APR 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: April 16, 2007
       New York, NY

                            The Plaintiff,
                            FILIA SHIPPING S.A.

                            By: _____
                            Nancy R. Peterson (NP 2871)
                            Kevin J. Lennon (KL 5072)

                            TISDALE & LENNON, LLC
                            11 West 42nd Street, Suite 900
                            New York, NY 10036
                            (212) 354-0025 (Phone)
                            (212) 869-0067 (Fax)
                            npeterson@tisdale-lennon.com
                            klennon@tisdale-lennon.com