TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FILIA SHIPPING S.A.,                              :

        Plaintiff,                                    :       07 CV _____
                                                                          ECF CASE
- against -                                                 :

SINORICHES GLOBAL LIMITED,                 :
SEA FORTUNE CO. LTD. and OCEANLINK
NAVIGATION CO. LTD.,                              :

        Defendants.                                 :
------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut   )
                                   )   ss: Town of Southport
County of Fairfield      )

Kevin J. Lennon, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2. I have attempted to locate the Defendants, SINORICHES GLOBAL LIMITED, SEA FORTUNE CO. LTD. and OCEANLINK NAVIGATION CO. LTD. within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on

the Internet or World Wide Web, and did not find any listing for the Defendants. Finally, I checked the New York State Department of Corporations' online database which showed no listing or registration for these Defendants.

3. I did locate a website believed to belong to the Defendant Sinoriches Global Limited located at www.sinoriches.com. However, a review of the website did not show any presence for the company within this District.

4. I submit that the Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

6. This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants' tangible and intangible property within this District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, Wachovia Bank N.A., Bank of China and/or The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Dated: April 16, 2007
Southport, CT

_____
Kevin J. Lennon

Sworn and subscribed to before me
this 16th day of April, 2007.

_____
Notary Public