UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FILIA SHIPPING S.A.                                :    07 CIV 3034 (MGC)

       Plaintiff,                             :    ECF CASE

  -against                                          :

SINORICHES GLOBAL LIMITED, *et al.*   :

       Defendants.                          :
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Kevin J. Lennon, Esq. – Murphy, Lennon & Lennon, LLC

☑ Attorney

   ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KL 5072.
   ☐ I am a Pro Hac Vice attorney
   ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

   From: _____

   To: _____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: Lennon, Murphy & Lennon, LLC, The GrayBar Building, 420 Lexington Avenue, Suite 300, New York, NY 10170
Telephone Number: (212) 490-6050
Fax Number: (212) 490-6070
E-Mail Address: kjl@lenmur.com
Dated: May 22, 2007

                                                                                                 */s/ Kevin J. Lennon*
                                                                                                 KL 5072