UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FILIA SHIPPING,                           :        07 CIV. 3034 (MGC)

       Plaintiff,                         :        ECF CASE

   -against-                                :
                                                   **NOTICE OF**
SINORICHES GLOBAL LTD. et al              :        **CHANGE OF ADDRESS**

       Defendant.                         :
------------------------------------------------------------x

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Nancy R. Peterson, Esq. – Murphy, Lennon & Lennon, LLC

☐  Attorney

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: NP 2871.
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____

    To: _____

☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
_____.

Address: Lennon, Murphy & Lennon, LLC, The GrayBar Building, 420 Lexington Avenue, Suite 300, New York, NY 10170
Telephone Number: (212) 490-6050
Fax Number: (212) 490-6070
E-Mail Address: *nrp@lenmur.com*

Dated: June 13, 2007

                                       _____
                                       NANCY R. PETERSON (NP 2871)