```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FILIA SHIPPING S.A.,                        :

       Plaintiff,                                    :     07 CV 3034 (MGC)

  - against -                                             :     ECF CASE

SINORICHES GLOBAL LIMITED,          :     **EX PARTE ORDER**
SEA FORTUNE CO. LTD. and OCEANLINK       **FOR PROCESS OF**
NAVIGATION CO. LTD.,                       :     **MARITIME**
                                               **ATTACHMENT**
       Defendants.                                :
-------------------------------------------------------X

       **WHEREAS**, on September 21, 2007 Plaintiff, FILIA SHIPPING S.A., filed an Amended Verified Complaint herein for damages amounting to $109,556.19 [$168,943.74 struck through] inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

       **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and

       **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

       **NOW**, upon motion to the Plaintiff, it is hereby:

       **ORDERED**, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub charter hire or any other funds or property up to the amount of ~~$168,943.74~~ $109,556.19 belonging to, ~~due~~ or being transferred to, from ~~or for the benefit of~~ the Defendants, including but not limited to such property as may be held, ~~received or transferred~~ in Defendants name(s), ~~or as may be held, received or transferred for its benefit~~ at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named, or later identified, on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should

```
ORDERED, that in no event shall intermediate wire transfers or electronic
fund transfers of which defendants are the ultimate beneficiaries be restrained
pursuant to this Order;  and it is further
```

not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: September 27, 2007

                                            **SO ORDERED:**

                                            _Miriam Goldman Cedarbaum_
                                            U. S. D. J.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
        DEPUTY CLERK