UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FILIA SHIPPING S.A.,                :

      Plaintiff,                :    07 CV 3034 (MGC)

  - against -                      :    ECF CASE

SINORICHES GLOBAL LIMITED,          :    **ORDER APPOINTING**
SEA FORTUNE CO. LTD. and OCEANLINK       **SPECIAL PROCESS**
NAVIGATION CO. LTD.,                :    **SERVER PURSUANT**
                                         **TO F.R.C.P. 4(C)**
      Defendants.             :
------------------------------------------------------------X

    An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the Amended Affidavit of Kevin J. Lennon, sworn to on September 21, 2007, and good cause shown having been shown, it is hereby

    ORDERED that Kevin J. Lennon, Nancy R. Peterson, Patrick F. Lennon, Charles E. Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
       September 27, 2007

                                                                 _Miriam Goldman Cedarbaum_
                                                                 U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,          CLERK

BY _____
      DEPUTY CLERK