CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FILIA SHIPPING S.A.,                         :
                                             :
                                             :
                        Plaintiff,           :    **07-CV-3034**
                                             :
            v.                               :    **NOTICE OF**
                                             :    **APPEARANCE**
SINORICHES GLOBAL LIMITED, SEA               :
FORTUNE CO. LTD. and OCEANLINK               :
NAVIGATION CO., LTD.,                        :
                                             :
                        Defendants.          :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
      October 2, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

              By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ 07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email: reisert@navlaw.com