```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FILIA SHIPPING S.A.,                          :

       Plaintiff,                                    :     07 CV 3034 (MGC)

   - against -                                        :     ECF CASE

SINORICHES GLOBAL LIMITED,                    :
SEA FORTUNE CO. LTD. and OCEANLINK
NAVIGATION CO. LTD.                           :

       Defendants.                                   :
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: July 3, 2008
      New York, NY

The Plaintiff,
FILIA SHIPPING S.A.

By: /s/ Kevin J. Lennon
Kevin J. Lennon
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
kjl@lenmur.com

SO ORDERED:

_____
U.S.D.J.

July 7, 2008